# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERMAINE HAMPTON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ET AL.,<br><br>    Defendants. | Case No. 2:20-cv-00578-APG-DJA<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Extend Time re Order ECF No. 3 on Application to Proceed *in forma pauperis* (ECF No. 4), filed on April 6, 2020. Plaintiff is a pro se prisoner and requests additional time to submit the filing fee as he represents that he has the filing fees in his account and wants to make four $90 monthly payments until the $350 filing fee is fully paid. He seeks the extension as he is unable to mail a check until April 17, 2020 due to the COVID-19 pandemic.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Time re Order ECF No. 3 on Application to Proceed *in forma pauperis* (ECF No. 4) is **granted**.

IT IS FURTHER ORDERED that Plaintiff shall pay the full filing fee of $350 by July 10, 2020 and shall remit four monthly payments of $90.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: April 10, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE