**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JERMAINE HAMPTON, | Case No. 2:20-cv-00578-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Request Copy of Transcripts (ECF No. 20), filed on July 14, 2020. Plaintiff is a pro se prisoner and requests transcripts from another case, C-19-342159-2 from what appears to be a November 14, 2019 trial that took place in state court. He does not cite any authority requiring the Court to furnish him with free copies of transcripts from a state court case nor is the Court aware of any that exists. As such, it will deny his request.

This matter is also before the Court on Plaintiff's Motion for Alternative Dispute Resolution (ECF No. 22), filed on July 16, 2020. He indicates that he is open to settlement and seeks a settlement conference. Plaintiff does not indicate that he has reached out to Defendants to discuss settlement or that they are willing to do so. This case has just entered the discovery phase and the Court's review of the docket does not indicate it is ripe for a court-ordered settlement conference. Plaintiff may work with Defendants to informally discuss settlement. However, the Court finds no grounds to warrant scheduling an early settlement conference at this point in the case and will deny Plaintiff's request.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Request Copy of Transcripts (ECF No. 20) is **denied**.

IT IS FURTHER ORDERED that Plaintiff's Motion for Alternative Dispute Resolution (ECF No. 22) is **denied**.

DATED: July 29, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE