# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JERMAINE HAMPTON,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA; CITY OF LAS VEGAS; (LVMPD) DETECTIVE T. EDWARDS P#9035; (LVMPD) OFFICER D. LUNT P#14723; (DISTRICT ATTORNEY) SARAH OVERLY P#12842; (DISTRICT ATTORNEY) STEPHANIE GETLER P#14203,<br><br>    Defendants | Case No.: 2:20-cv-00578-APG-DJA<br><br>**Order Granting Motion to Extend Deadline to File Opposition to Motion to Dismiss**<br><br>[ECF No. 29] |

Plaintiff Jermain Hampton's motion to extend the deadline for him to file his opposition to the pending motion to dismiss **(ECF No. 29) is GRANTED**. Mr. Hampton's opposition is now due by September 11, 2020.

DATED this 7th day of August, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE