**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JERMAINE HAMPTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, ET AL.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00578-APG-DJA<br><br>**ORDER** |

　　　　This matter is before the Court on Defendants' Motion to Extend Time for Discovery (ECF No. 60), filed on February 26, 2021. Plaintiff filed a Response (ECF No. 62) on March 11, 2021. Defendants seek to extend the outstanding discovery deadlines by 60 days. This is their third request for an extension. They claim there is good cause because written discovery remains to be completed, third party witnesses are taking longer to locate, and Plaintiff's deposition has yet to be scheduled. Plaintiff agrees that there is good cause to extend discovery. He indicates that he mailed his supplemental discovery responses to the wrong address and Plaintiff intends to seek supplemental responses from Defendants. The Court finds good cause to grant the extension of the discovery for 60 days to permit Plaintiff and Defendants to continue their efforts to obtain the requested discovery. They are diligently pursuing discovery and need additional time of only 60 days. As such, Defendants' request will be granted and discovery extended as set forth below.

　　　　This matter is also before the Court on Plaintiff's Motion to Request Copy of Order ECF No. 47 (ECF No. 61), filed on March 11, 2021. This is the second time that Plaintiff has requested a copy of ECF No. 47. The Court will deny Plaintiff's request as he clearly has a copy of ECF No. 47 given that he attached it to his Motion as page 2. The Notice clearly states the Minute Order and that no document is attached, which confirms that Plaintiff has received the entirety of ECF No. 47.

IT IS THEREFORE ORDERED that Defendants' Motion to Extend Time for Discovery (ECF No. 60) is **granted**. The following deadlines shall govern discovery: Discovery cutoff is set for May 25, 2021; Dispositive motions is set for June 24, 2021; and Proposed joint pretrial order is set for July 26, 2021.

IT IS FURTHER ORDERED that Plaintiff's Motion to Request Copy of Order ECF No. 47 (ECF No. 61) is **denied**.

DATED: March 25, 2021.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE