**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERMAINE HAMPTON, | Case No.: 2:20-cv-00578-APG-DJA |
| Plaintiff | **Order Dismissing Defendants State of Nevada and City of Las Vegas** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

Plaintiff Jermaine Hampton has not properly served defendants State of Nevada and City of Las Vegas. I therefore ordered him to show cause why those defendants should not be dismissed without prejudice for failure to timely serve them. ECF No. 101. Hampton did not respond.

I THEREFORE ORDER that defendants State of Nevada and City of Las Vegas are dismissed without prejudice for failure to timely serve them.

DATED this 31st day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE