```
1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
5  Fax:        (702) 796-7181
   landerson@kcnvlaw.com
6  kkalkowski@kcnvlaw.com

7  *Attorneys for Defendant
   Officer David Lunt*
8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JERMAINE HAMPTON, | Case No. 2:20-cv-00578-APG-DJA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO FILE A RENEWED MOTION FOR SUMMARY JUDGMENT** |
| STATE OF NEVADA, et al. | |
| Defendants. | |

Defendant Officer David Lunt, by and through his counsel, Kaempfer Crowell, and Plaintiff Jermaine Hampton, appearing pro se, stipulate and agree to extend by 45 days the Court-given deadline of March 11, 2022, to file a motion for summary judgment regarding Plaintiff's "Fourth Amendment claim related to the length of detention in handcuffs." (Order, ECF No. 109) (granting summary judgment as to Defendant Todd Edwards, granting in part summary judgment as to Defendant Lunt, and giving Plaintiff and Defendant Lunt until March 11, 2022, to move for summary judgment on the lone remaining issue regarding the length of time in handcuffs).

This stipulated extension is necessary so that the parties can adequately brief the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3060338_1  6943.217

Page 1 of 2

1  remaining legal issue in this case, which is not feasible under the current deadline because of
2  defense counsel's demanding schedule in other matters and Plaintiff's recent move to the new
3  detention facility of the Lovelock Correctional Complex. This extension is sought in good faith
4  and not for the purpose of delay. The new deadline for the parties to file a renewed motion for
5  summary judgment as directed by the Court's Order, (ECF No. 109), will be April 25, 2022.

DATED this 9th day of March, 2022.    DATED this ___ day of March, 2022.

KAEMPFER CROWELL                       KAEMPFER CROWELL

/s/ Lyssa S. Anderson                  /s/ Jermaine Hampton 3-9-2
LYSSA S. ANDERSON (Nevada              JERMAINE HAMPTON
Bar No. 5781)                          Pro se
KRISTOPHER J. KALKOWSKI                1200 Prison Rd.
(Nevada Bar No. 14892)                 Lovelock, NV 89419
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendants
Detective Todd Edwards and
Officer David Lunt*

IT IS SO ORDERED.

Dated this 10th day, March 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3060338_1 6943 217

Page 2 of 2